**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>**Terrish Shavon Brown**<br>　　　　Debtor. | **CHAPTER 13**<br>**CASE NO.: 22-59095-jwc** |
| **Lakeview Loan Servicing, LLC,**<br>　　　　　　　　　Movant,<br>v.<br><br>**Terrish Shavon Brown,**<br>　　　Debtor,<br>**Nancy J. Whaley,**<br>　　　Trustee,<br>　　　　　　　　　Respondents. | CONTESTED MATTER |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **LAKEVIEW LOAN SERVICING, LLC**, has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:30 am** on **October 24, 2023** in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the Judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the Judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, **75 Ted**

**Turner Drive, SW, Atlanta, GA 30303.**  You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Date: _9/14/2023_

                **Robertson, Anschutz, Schneid, Crane
                & Partners, PLLC**

                <u>/s/ Alexa Martini Stinson</u>
                Alexa Martini Stinson
                Georgia Bar # 164731
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Telephone: 470-321-7112
                Fax: 404-393-1425
                Email: astinson@raslg.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE:<br><br>**Terrish Shavon Brown**<br>　　Debtor. | **CHAPTER 13**<br>**CASE NO.: 22-59095-jwc** |
| **Lakeview Loan Servicing, LLC,**<br>　　　　　　　　　Movant,<br>v.<br><br>**Terrish Shavon Brown,**<br>　　　Debtor,<br>**Nancy J. Whaley,**<br>　　　Trustee,<br>　　　　　　　　　Respondents. | CONTESTED MATTER |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Lakeview Loan Servicing, LLC (the "Movant"), by and through its undersigned counsel, moves for relief from the automatic stay and alleges as follows:

1.

The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a), and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the laws of the United States of America.

2.

Terrish Shavon Brown, (the "Debtor"), filed a petition for relief under Chapter 13 of the Bankruptcy Code on November 9, 2022.

3.

Movant is the holder or servicer of a loan secured by certain real property in which the Debtor has an interest. Movant holds a security interest in the Debtor's real

property now or formerly known as 3670 Riverview Approach, Ellenwood, GA 30294 (the "Property") by virtue of a Security Deed dated May 24, 2019.  Said Security Deed secures a Note in the original principal amount of $186,557.00.  Secured Creditor is the holder of the note (the "noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

4.

Movant alleges that the Debtor is in default to Movant under the terms of the loan documents, having failed to make certain post-petition mortgage payments that have come due.  As of August 1, 2023, the post-petition arrearage owed to Movant is $4,420.71 and consists of three (3) monthly mortgage payments at $ $1,473.57, less a suspense balance of $0.00. An additional payment will come due September 1, 2023 and on the first day of each month thereafter until the loan is paid in full.

5.

The current unpaid principal balance due under the loan documents is approximately $190,041.20.  The Property is most recently valued at $359,900.00 by the DeKalb County Tax Assessor's Office.

6.

Movant's security interest in the Property is not adequately protected due to the Debtor's failure to maintain the mortgage payments.

7.

Movant has incurred attorney's fees and costs as a result of filing this motion.

These fees and costs are recoverable pursuant to the loan documents, and Movant seeks leave to recover these fees and costs under the remedies available therein.

8.

Pursuant to 11 U.S.C. § 362, Movant alleges that sufficient cause, including lack of adequate protection, exists for the automatic stay to be terminated.

WHEREFORE, Movant respectfully prays to the Court as follows:

(a) That the automatic stay under 11 U.S.C. § 362 be modified to allow Movant to pursue state remedies to protect its security interest in the Property, including, but not limited to, advertising to effectuate a foreclosure sale and gaining possession of the Property; to contact the Debtor via telephone or written correspondence to discuss potential loan workout or loss mitigation opportunities; and to perform property preservation as appropriate;

(b) That Movant's attorney's fees and costs incurred in filing and prosecuting this Motion be recoverable as pursuant to the loan documents and remedies available therein;

(c) That the fourteen day stay of Bankruptcy Rule 4001(a)(3) be waived;

(d) That Movant be permitted to offer and provide Debtor with information regarding a potential forbearance, loan modification, refinance agreement, or other loan workout/loss mitigation agreement, and to enter into such an agreement with Debtor.

(e) That in the event of an Order granting relief from the automatic stay

and said Order also instructing the Chapter 13 Trustee to cease disbursements on Movant's Proof of Claim, Fed. R. Bank. P. 3002.1 shall no longer apply as to Movant, as said Rule only applies in Chapter 13 cases in which claims secured by a principal residence are provided for under Section 1322(b)(5) of the Code in the Chapter 13 Plan; and

(f) For such other and further relief the Court deems just and proper.

Date: _9/14/2023_

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

/s/ Alexa Martini Stinson
Alexa Martini Stinson
Georgia Bar # 164731
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Fax: 404-393-1425
Email: astinson@raslg.com

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on _9/14/2023_, I served a copy of the foregoing Notice of Hearing and Motion for Relief from Automatic Stay was served by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Terrish Shavon Brown
3670 Riverview Approach
Ellenwood, GA 30294

Sheila M. Govan
Govan and Associates
Suite 101
4555 Flat Shoals Parkway
Decatur, GA 30034

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Date: __9/14/2023__

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

/s/ Alexa Martini Stinson
Alexa Martini Stinson
Georgia Bar # 164731
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Fax: 404-393-1425
Email: astinson@raslg.com